IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PATRICIA HERKELMAN, Guardian on Behalf of Jordon Herkelman,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES A. MIENTUS; VALMAR D. MIENTUS; JAMES A. MIENTUS TRUST; and VALMAR D. MIENTUS TRUST,<br><br>    Defendants. | No. 3:12-cv-00019 – JEG<br><br>O R D E R |

This matter now comes before the Court on Defendants' Motion to Enforce Court Order and Dismiss Action, and Plaintiff's Resistance and Motion to Determine Compliance.  On June 12, 2012, the Clerk of Court entered an Order Giving Notice of Dismissal within 14 days if service of process had not been made or good cause shown.  In response to that Order, Plaintiff obtained the service documents on the fourteenth day but did not actually obtain service until June 29, 2012.  Pursuant to the provisions of Federal Rule of Civil Procedure 4(m), and based upon a review of the file, the Court finds good cause to minimally extend the time for service to and including June 29, 2012.  Accordingly, Defendants' Motion to Enforce Court Order and Dismiss Action (ECF No. 11) is **denied**, and Plaintiff's Motion to Determine Compliance (ECF No. 12) is **granted**.

**IT IS SO ORDERED**.

Dated this   7th   day of September, 2012.

_____
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT